EVERETT *et al. v.* THE HYDRAULIC FLUME TUNNEL
COMPANY.

IF the owners of a ditch or flume for the conveyance of water erect a dam above
mining claims, and the claims are afterwards damaged by reason of the
breaking of the dam, its owners are not liable for the damages, if it was
constructed with that reasonable care which prudent men would use, and no
negligence is shown in its care and management.

APPEAL from the District Court, Fifteenth Judicial District,
Butte County.

The facts are stated in the opinion of the Court.

*McRae & Beatty,* for Appellants.

*C. F. Lott,* for Respondents.

CROCKER, J. delivered the opinion of the Court—NORTON, J.
concurring.

This is an action to recover damages caused by the breaking of
a dam owned by the defendants. The plaintiffs are the owners of
mining claims and sluice-boxes below the defendants' dam, which
broke at a high stage of water, and, as is alleged, injured the
plaintiffs' property below. The case was tried by the Court, who
found for the defendants, and the plaintiffs appeal. The Court
found that the dam was "well built, and constructed in a good and
workmanlike manner, and of sufficient strength and capacity to
contain the amount of water within it;" that no negligence on the
part of the defendants was shown, and that they used that reason-
able care and diligence which prudent men would have used, in
the erection and care of the dam. Under these findings, the
Court properly rendered judgment for the defendants, as the case
comes clearly within the rule laid down in *Hoffman* v. *The Tuol-
umne Water Company* (10 Cal. 413), and *Wolf* v. *The St. Louis
Independent Water Company* (Id. 541). But the appellant in-
sists that the findings upon these points are not sustained by the
evidence. We have carefully examined the record, and see no
error in these findings. They are fairly sustained by the evidence.

The judgment is therefore affirmed.